FREDERICK CHARLES THOMAS, 023844
SMITH & CRAVEN, P.L.L.C.
4045 EAST UNION HILLS DRIVE
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Allan Stam, an Individual and Arizona Resident,<br><br>         Plaintiff,<br><br>v.<br><br>Experian Information Solutions Inc., an Ohio Corporation and Does 1 thru infinity inclusive.<br><br>         Defendants. | No.: CV 07-1733<br><br>**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW, through counsel, comes Plaintiff, Allan Stam ("Stam"), in the above entitled and captioned matter, who respectfully prays for Judgment of this Honorable Court against defendants, jointly, severally and in solido, as set forth in the following complaint, as follows:

**Parties, Jurisdiction and Venue**

1.      Stam is a major domiciliary of Maricopa County, Arizona and a victim of repeated false credit reportings.

2.      Defendant Experian Information Solutions, Inc., ("Experian,") is an Ohio Corporation authorized to do and doing business in the State of Arizona.

3.      Stam respectfully asserts that this Honorable Court has jurisdiction in this case arises under federal law. 28 U.S.C. 1331.  Stam also asserts actions under states' laws which may be brought within the supplemental jurisdiction of this Court and Stam respectfully requests that this

Honorable Court exercise supplemental jurisdiction over said claims. 28 U.S.C. 1367.

4. Venue is proper in this District as a substantial part of the events or omissions giving rise to the claim occurred in this judicial district and Experian is subject to personal jurisdiction in Arizona at the time the present action is commenced. 28 U.S.C. 1391(b),(c).

5. Stam requests a trial by jury.

6. Stam respectfully requests that this Honorable Court instruct the jury, as the trier of facts, that in addition to actual or compensatory damages, punitive or exemplary damages may be awarded against the Defendants under the provisions of the Fair Credit Reporting Act and/or states' laws, *including Arizona.*

7. Stam respectfully requests that this Honorable Court award Stam his litigation expenses and other costs of litigation and reasonable attorney fees incurred in this litigation, in accordance with the provisions of the Fair Credit Reporting Act and/or other laws.

8. Stam is a consumer as defined in the Fair Credit Reporting Act.

9. Defendants, John Does 1-inifnty are the fictitious names for those individuals and entities that may be liable to Stam for the facts herein alleged. Stam reserves the right to amend his Complaint to insert their true names when ascertained.

10. In this action, Experian is a *consumer reporting agency* as defined in the Fair Credit Reporting Act. 15 U.S.C. 1681a.

## General Allegations

11. The subsequent actions, inactions and fault of Experian, as to each and every count, have proximately caused a wide variety of damages to Stam.

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 voice
480-222-3197 fax

Stam v. Experian         2         Verified Complaint
447.004                                 10-Sep-2007

12. Experian's false credit reporting about Stam has been a substantial factor in causing credit denials and other damages.

13. Experian has negligently and/or willfully violated various provisions of the Fair Credit Reporting Act and are thereby liable unto Stam.

14. Experian is liable unto Stam for all actual, statutory, exemplary and punitive damages awarded in this case, as well as other demands and claims asserted herein including, but not limited to, out-of-pocket expenses, credit denials, costs and time of repairing their credit, pain and suffering, embarrassment, inconvenience, lost economic opportunity, loss of incidental time, frustration, emotional distress, mental anguish, fear of personal and financial safety and security, attorney fees, and court costs, and other assessments proper by law and any and all other applicable federal and state laws, together with legal interest thereon from date of judicial demand until paid.

15. Stam's credit, credit reports and ratings were exceptional and excellent prior to the events described herein.

16. False data and false credit scores and risk factors/denial codes have been repeatedly generated and provided by Experian to third party subscribers to its services, as shown in the inquiry logs in the credit reports of and concerning Stam.

17. The false reportings caused Stam to suffer credit denials, embarrassment, mental anguish, inconvenience and other pecuniary and non-pecuniary damages.

18. Despite diligent and costly efforts by Stam, his credit reports continued to contain the false and damaging information.

19. Stam has suffered damages due to the tortious and illegal actions or inactions directed at Stam by Experian.

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

Stam v. Experian                              3                              Verified Complaint
447.004                                                                         10-Sep-2007

20. In this action, Experian, prepared, issued, assembled, transferred and otherwise reproduced *consumer reports*, regarding Stam, as defined in the Fair Credit Reporting Act. 15 U.S.C. 1681a.

21. Experian maintains a contract with smaller affiliate bureaus and legal and contractual agent, wherein they share data and other assets.

22. Experian allows their credit reporting database, which takes in, warehouses, maintains and manipulates data supplied by their subscribers, to be accessed by their affiliate bureaus and subscribers.

23. Experian and their affiliate bureaus and subscribers have access to consumer credit reports, prepared by Experian, from the same data pool, in the same database, and Experian has duties to each consumer, including Stam, about whom they report, as provided in the Fair Credit Reporting Act.

24. Experian's subscribers have repeatedly supplied false data to Experian and attributed said data to Stam.

25. Experian failed to properly reinvestigate Stam's disputes and Experian continued to prepare and issue false consumer reports.

26. Experian and their various duped creditors-subscribers, exchanged information about Stam's disputes and incorrect accounts through their reinvestigation and CASS divisions, physical file division, and *FILE ONE and SUPERCAPS systems*, internal notes and CDV/ACDV/UDF processes.

27. Experian and their various duped creditors-subscribers, were very aware of Stam's disputes, as well as their inadequate and illegal reinvestigation, and the subscribers' responses to their contacts and their decision to leave the disputed and false data as attributable to Stam.

28. Experian took inadequate action to correct Stam's consumer reports or delete the false data or otherwise conduct an appropriate, lawful reinvestigation.

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

Stam v. Experian            4            Verified Complaint
447.004                                   10-Sep-2007

29. Likewise Experian failed to take necessary and reasonable steps to prevent further inaccuracies from entering Stam's credit file data and such false data continued to be posted as new consumer credit reports were prepared, issued and disseminated by Experian and relayed for further use, reliance and publication by their subscribers.

30. Experian failed to adopt and follow reasonable procedures to assure the maximum possible accuracy of Stam's consumer credit and other personal information, as required by the Fair Credit Reporting Act, which they compiled, used and manipulated, in order to prepare consumer credit reports, credit scores, risk factors/denial codes and other economic and prediction data evaluations.

31. Experian failed to adopt and follow reasonable procedures to assure the proper reinvestigation, accuracy, deletion and/or suppression of false data appearing on Stam's consumer reports and as contained in their consumer reporting data bank, as required by the Fair Credit Reporting Act.

32. Experian through its fault, as described herein, caused great and irreparable injury to Stam herein.

33. Experian reported false credit information about Stam despite clear information in their files showing incoming incorrect data associated with the incorrect reporting while a second pool of accurate data, associated with Stam's identifiers and true address, was also incoming and present in their records.

34. On multiple occasions, Experian sent reinvestigation results to Stam which evidenced its decision to fully investigate the disputed items and simply regurgitate its previous investigation reports.

35. Experian suggested that a number of the disputed subscribers had "verified" the improper account reportings and directed Experian to keep reporting the data as disputed by Stam.

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

Stam v. Experian                                    5                                    Verified Complaint
447.004                                                                                         10-Sep-2007

**COUNT ONE- CONSUMER REPORTING AGENCY -SUBSCRIBERS**
**FAIR CREDIT REPORTING ACT, 1681E(B)**

36. Stam realleges all previous allegations and further alleges as follows.

37. Experian failed to adopt and follow "reasonable procedures" to assure the maximum possible accuracy of Stam's consumer credit and other personal information, as required by the Fair Credit Reporting Act, which they compiled, used and manipulated, in order to prepare consumer credit reports, credit scores, risk factors/denial codes and other economic and prediction data evaluations.

38. Experian has continually added, stored, maintained and disseminated personal and credit information, in consumer reports it prepared and issued, about the Stam which was inaccurate, false, erroneous and misleading despite notice from the Stam and subscribers that such information was inaccurate.

39. Experian has willfully, or alternatively, negligently, violated the Fair Credit Reporting Act, 15 U.S.C. 1681e(b), on multiple occasions.

WHEREFORE, Stam prays for relief as more fully stated herein.

**COUNT TWO- CONSUMER REPORTING AGENCY -SUBSCRIBERS**
**FAIR CREDIT REPORTING ACT, 1681I(A)**

40. Stam realleges all previous allegations and further alleges as follows.

41. Stam advised Experian of the false data and demanded that the data be removed from their consumer reports and data files.

42. Experian failed to properly reinvestigate Stam's disputes and Experian continued to prepare and publish false consumer reports.

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

Stam v. Experian                           6                         Verified Complaint
447.004                                                                  10-Sep-2007

43. Experian and its subscribers exchanged information about Stam's disputes through their reinvestigation and CDV/ACDV/UDF processes.

44. Experian and its subscribers were very aware of Stam's disputes, as well as their inadequate and illegal reinvestigation, and the subscribers' responses to the numerous and varied contacts and their collective decision to leave disputed, false data as attributable to Stam.

45. Experian failed to use reasonable procedures to reinvestigate Stam's disputes and, likewise, took inadequate action to correct Stam's consumer reports or delete the false data or otherwise conduct an appropriate, lawful reinvestigation.

46. Experian failed to take necessary and reasonable steps to prevent further inaccuracies from entering Stam's credit file data and such false data continued to be posted as new consumer credit reports were prepared, issued and disseminated by Experian and relayed for further use, reliance and publication by their subscribers.

47. Experian failed to adopt and follow reasonable procedures to assure the proper reinvestigation, accuracy, deletion and/or suppression of false data appearing on Stam's consumer reports and as contained in their consumer reporting data bank, as required by the Fair Credit Reporting Act.

48. Defendants-consumer reporting agencies have willfully, or alternatively, negligently, violated the Fair Credit Reporting Act, 15 U.S.C. 1681i(a), on multiple occasions.

WHEREFORE, Stam prays for relief as more fully stated herein.

## COUNT THREE- DEFAMATION
### (Arizona Common Law)

49. Stam realleges all previous allegations and further alleges as follows.

50. Experian published statements about Stam to third person(s).

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

Stam v. Experian                          7                          Verified Complaint
447.004                                                              10-Sep-2007

51. Experian's statements were false.

52. Experian's statements brought Stam into disrepute.

53. Experian's statements brought Stam into contempt.

54. Experian's statements brought Stam into ridicule.

55. Experian's statements impeached Stam's honesty.

56. Experian's statements impeached Stam's integrity.

57. Experian's statements impeached Stam's virtue.

58. Experian's statements impeached Stam's reputation.

59. Experian's statements injured Stam in his or her profession, trade or business and thus are defamatory per se.

60. Experian's statements are the cause of Stam's presumptive damages.

61. Experian's statements are the cause of Stam's actual damages.

WHEREFORE, Stam prays for relief as more fully stated herein.

### COUNT FOUR– NEGLIGENCE
### (Arizona Common Law)

62. Stam realleges all previous allegations and further allege as follows.

63. Experian owed Stam a general duty of care.

64. Such general duty of care extended to Experian's maintenance of Stam's credit reporting.

65. The Experian breached this general duty of care under the facts set forth in this complaint.

66. As a direct and proximate result of their breach of this duty, Experian caused damage to Stam as set forth in this complaint.

WHEREFORE, Stam prays for relief as more fully stated herein.

### COUNT FIVE-PERMANENT INJUNCTIVE RELIEF

67. Stam realleges all previous allegations and further allege as follows.

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

Stam v. Experian                                  8                              Verified Complaint
447.004                                                                              10-Sep-2007

68. By failing to accurately report Stam's credit history and standing Experian is acting contrary to the interests of Stam.

69. Experian's continued failure to accurately correct and report Stam's credit worthiness poses a continuing threat to Stam' well being.

70. Stam is without an adequate remedy at law to compensate for the Experian' wrongful acts.

71. Stam are entitled to injunctive relief directing Experian to cease the false credit reporting.

WHEREFORE, Stam prays for relief as more fully stated herein.

## PRAYER FOR RELIEF

WHEREFORE, Stam prays for judgment as follows:

a. That there be Judgment in favor of Stam and against Experian Information Solutions Inc., for all reasonable damages sustained by Stam including but not limited to actual damages, compensatory damages, out-of-pocket expenses, credit denials, costs and time of repairing their credit, pain and suffering, embarrassment, inconvenience, lost economic opportunity, loss of incidental time, frustration, emotional distress, mental anguish, fear of personal and financial safety and security, and for punitive/exemplary damages, attorney fees, and court costs, and other assessments proper by law and any and all other applicable federal and state laws, together with legal interest thereon from date of judicial demand until paid; and

b. That this Honorable Court order the consumer reporting agency-defendant, Experian Information Solutions Inc., which supplies information to such agencies, made defendants herein, to reinvestigate and correct the credit report(s), data emanations, and credit histories of and concerning Stam or any of Stam's personal identifiers.

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

Stam v. Experian              9                 Verified Complaint
447.004                                          10-Sep-2007

1        c.    FURTHERMORE, Stam Prays for all such additional, general and
2 equitable relief as may be necessary and proper in the premises.
3 Respectfully submitted this ____ day of September 2007.

4

                                      SMITH & CRAVEN, P.L.L.C.

5                                       By: \s\ 023844
6                                           Frederick Charles Thomas, Esq.
                                          4045 East Union Hills Drive
7                                           Building B, Suite 112
                                          Phoenix, Arizona 85050
8                                           Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 VOICE
480-222-3197 FAX

Stam v. Experian            10            Verified Complaint
447.004            10-Sep-2007