IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ALLAN STAM, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. CV 07-01733 PHX MEA |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendant. | ) ) | |

All of the parties have acquiesced to Magistrate Judge jurisdiction over this matter, including the entry of final judgment. Pursuant to the Stipulation of Dismissal at Docket No. 21,

**IT IS ORDERED THAT** this matter is hereby **dismissed with prejudice**, each party to bear its own costs and attorneys' fees.

DATED this 25th day of March, 2008.

_____
Mark E. Aspey
United States Magistrate Judge